Manuel D. Serpa, Calif. Bar No. 174182
BINDER AND BINDER
4000 W. Metropolitan Dr.
Orange, CA 92868-3504
Phone (714) 564-8640
Fax   (714) 564-8641
Email: mds.esq@gmail.com

Attorney for plaintiff Monique Latham

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MONIQUE LATHAM,

    PLAINTIFF,

v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY,

    DEFENDANT.

No. 2:08−CV−01705−MCE−GGH

ORDER AWARDING EAJA FEES

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), and for good cause shown,

    IT IS ORDERED that plaintiff's attorney, as plaintiff's assignee, is awarded attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of FOUR THOUSAND DOLLARS and 00/100's ($4,000.00), as authorized by 28 U.S.C. section 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: November 18, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Proposed Order for EAJA fees